IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **02-cv-1679-AP**

**THOMAS G. FULKERSON,**

        Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

        Defendant.

## ORDER OF TRANSFER

Kane, J.

This matter is before the Court on Defendant's Unopposed Motion for Change of Venue, filed August 5, 2005. This Court has reviewed the file and considered the motion. It is hereby

**ORDERED** that the motion is **GRANTED**. This civil action is transferred to the United States District Court for the District of Kentucky.

Dated: August 9, 2005

                                            BY THE COURT:

                                            S/**John L. Kane**
                                            SENIOR JUDGE,
                                            UNITED STATES DISTRICT COURT